November 30, 2007

Mr. Stephen G. Tipps
Baker & Botts, L.L.P.
910 Louisiana, One Shell Plaza
Houston, TX 77002-4995
Mr. Lloyd E. Kelley
Lloyd E. Kelley & Associates
2726 Bissonnet, Suite 240 PBM#12
Houston, TX 77005

RE: Case Number: 05-0587
 Court of Appeals Number: 01-03-00925-CV
 Trial Court Number: 789357

Style: HOUSTON MUNICIPAL EMPLOYEES PENSION SYSTEM
 v.
 CRAIG E. FERRELL, JR., ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Willett not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margie Thompson |
| |Ms. Beverly Kaufman |
| |Mr. Robert R. Burford|
| | |
| |Mr. David M. Gunn |
| |Ms. Barbara E. |
| |Rosenberg |
| |Mr. Kristofer S. |
| |Monson |